FILED

2017 Dec-05  PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Charlene Curry Fitts
_____
Plaintiff,

*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Megan J Brennan
_____
Defendant(s),

*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: _____
*(to be filled in by the Clerk's Office)*

JURY TRIAL  ☑ Yes   ☐ No

2:17-cv-02021-UJB-KOB

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.   **The Parties to This Complaint**

A.   **The Plaintiff**

Name                         Charlene Curry Fitts

Street Address               1228 Winnetka Way

City and County              B'ham, AL 35215  Jefferson

State and Zip Code           AL, 35215

Telephone Number             (205) 281-9106

E-mail Address *(if known)*   justice4ccf@yahoo.com

☐   **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

4 December 2017
_____
**Date**

Charlene C Fitts
_____
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II.    Basis for Jurisdiction

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Megan J. Brennan |
| Job or Title *(if known)* | Postmaster General |
| Street Address | 475 L'Enfant Plaza SW |
| City and County | Washington |
| State and Zip Code | D.C. 20260 |
| Telephone Number | (202) 268-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

    Name                                _____

    Job or Title *(if known)*         _____

    Street Address             _____

    City and County            _____

    State and Zip Code        _____

    Telephone Number         _____

    E-mail Address *(if known)*    _____

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

    Name                    U. S. Postal Service

    Street Address             3201 Skyland Blvd

    City and County            Tusaloosa

    State and Zip Code        AL 35405

    Telephone Number         (205) 556-3983

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

    *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒     Other federal law *(specify the federal law)*:

       RepRisAl

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

       ☒     Failure to hire me

       ☒     Termination of my employment

       ☐     Failure to promote me

       ☐     Failure to accommodate my disability

       ☒     Unequal terms and conditions of my employment

       ☒     Retaliation

       ☐     Other acts *(specify)*: _____

       *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

In or ARound Oct 23, 2015

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me

☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☒    gender/sex     In or Around April 2013

☐    religion _____

☐    national origin _____

☐    age *(year of birth)* _____
           *(only when asserting a claim of age discrimination)*

☐    disability or perceived disability *(specify disability)*_____

Retaliation

E.    The facts of my case are as follows. Attach additional pages if needed. In or ARound October 2015, I was subjected to heightend scrutiny. Faced inequitable treat based on CBA. Forced to work in a hostile environment. Ostracized from Co-workers. Belittled, demeaned, threatened by managing officials. Denied official time to prepare EEO case. Denied union time to grieve the environment (hostile/volitle) I was discriminated against because of my sex. This was continual behavior. I sought Relief through Councilng

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

JanuaRy 21, 2016 _____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter

☒    issued a Notice of Right to Sue letter, which I received on *(date)*: _____

10 September 2017 _____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed

☐    less than 60 days have elapsed

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the physical and mental stress, doctor visits( both medical and psychology visits), past, current and future to be paid. Time spent in the appointments as well as going to and from. All Attorney's Fee surrounding the workplace issues past, present and future paid. Personal time spent Researching and preparing for case taken care of. All supplies utilized (ink, pens, paper etc) reimbursed (used for case).

Page 6 of 7

Continuation of Relief Request # 1 of 3

The Salary Adjust that Reflects Funds (earning) that should have been made if Not for the discrimination. All Past monies that would have been earned if not for suspension/termination. Seniority Adjusted to Reflect proper hire date had there been no discriminatory Act. All earnings that were lost in TSP, had Not been for discrimination. Federal interest paid on All Past payments. An Actual copy of hours paid for the ~~ot~~ Overtime Desire List, and Appropriate payment (this should be itemized by each quarter) with interest Paid. Any payments made that would place Plaintiff in A differant tax brackett would be paid to offset them. All late Fees and interest paid or to be paid by Postal Service had it Not been for discrimination. All lost vacation/sick leave Adjusted to Reflect what it should be had it not been for discrimination.

Continuation of Relief Request       # 2 of 3

Reimbursement for all court cost, Attorney's fee's
bail bond fee's incurred as A Result of the erroneous
Charges brought on the Plaintiff. Any Annual leave
that was used for vacation but Plaintiff wasn't
paid which should be charged to Admistrative leave.
Investments in vacations that were Not able
to be enjoyed, because of the failure to honor
settlement Agreements. Replacement of any
items (vehicles) that were Not able to be Repaired
~~Causeing~~ Causing more Repairs for vehicle.
Interest paid And penalties from borrowing
from friends Who cashed in their 401 K.
To be made whole of All lost wages /benifits.
HAVE job Restore to appropriate position
And pay. The amount of lost wages
And benefits are continuing to ACCRUE

Continuation of Relief Request    # 3 of 3

Until the Postal Service Correct the above

mentioned issues. The interest on loans are also

Accruing until the issues have been settled.

I Request a CEASE and desist for the

Post Service to discontinue their Retalintory

behavior towardsome. Because of All

the damages that I have incurred I'm Also

Requesting Compensentory damages of $ 46 million

Charlene Curry Fitts
Charlene Curry Fitts

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _4 December 2017_

Signature of Plaintiff: _Charlene Curry Fitts_

Printed Name of Plaintiff: _Charlene  Curry Fitts_

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

3                                                      0120170792

reconsideration in which to submit a brief or statement in opposition. See 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), at Chap. 9 § VII.B (Aug. 5, 2015). All requests and arguments must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission. Complainant's request may be submitted via regular mail to P.O. Box 77960, Washington, DC 20013, or by certified mail to 131 M Street, NE, Washington, DC 20507. In the absence of a legible postmark, the request to reconsider shall be deemed timely filed if it is received by mail within five days of the expiration of the applicable filing period. See 29 C.F.R. § 1614.604. The agency's request must be submitted in digital format via the EEOC's Federal Sector EEO Portal (FedSEP). See 29 C.F.R. § 1614.403(g). The request or opposition must also include proof of service on the other party.

Failure to file within the time period will result in dismissal of your request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. Any supporting documentation must be submitted with your request for reconsideration. The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. See 29 C.F.R. § 1614.604(c).

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0610)

You have the right to file a civil action in an appropriate United States District Court within ninety (90) calendar days from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, filing a civil action will terminate the administrative processing of your complaint.

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission. The court has the sole discretion to grant or deny these types of requests. Such requests do not alter the